UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

JEREMY OSBORN (#525311),    CIVIL ACTION NO. 1:16-CV-1587-P
Petitioner

VERSUS    JUDGE DONALD E. WALTER

ROBERT TANNER,    MAGISTRATE JUDGE PEREZ-MONTES
Respondent

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the record including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is hereby **DENIED** and **DISMISSED** with prejudice as barred by the one-year limitations period codified at § 2244(d).

**IT IS FURTHER ORDERED** that a certificate of appealability is hereby **DENIED**, as Petitioner has failed to make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 483–84 (2000).

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this ____ day of _____, 2017.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE